# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO M. MENDOZA-BALLARDO,<br><br>  Petitioner,<br><br>  v.<br><br>BRIAN BIRKHOLZ, WARDEN,<br><br>  Respondent. | Case No. 2:24-cv-00565-FWS-PD<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: August 29, 2024

_____
HONORABLE FRED W. SLAUGHTER
UNITED STATES DISTRICT JUDGE